**Opinion issued November 20, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00951-CV

———————————

## IN RE SAFE WAY CARRIER LLC, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Safe Way Carrier LLC, filed a petition for writ of mandamus challenging the trial court's September 25, 2025 "Order Denying Special Appearance of [Relator] Safe Way Carrier LLC."[1] Relator alleged that the trial court abused its discretion by denying its special appearance and requested that the Court

---

[1] The underlying case is *Yurii Pavlichko v. Amul Logistics Corp. and Safe Way Carrier LLC*, Cause No. 2025-15789, in the 61st District Court of Harris County, Texas, the Honorable Lee Kathryn Shuchart presiding.

"issue a writ of mandamus directing [the trial court] to vacate [its] [o]rder of September 25, 2025, and to sustain the Special Appearance asserted by [r]elator."

In connection with its petition writ of mandamus, relator also filed an "Emergency Motion for Stay Pending Resolution of Petition for Writ of Mandamus." In its motion, relator requested that the Court grant an "immediate stay of all proceedings in the underlying case pending this Court's resolution" of relator's petition for writ of mandamus. Relator stated that the relief "was necessary to preserve the status quo."

We conclude that relator has failed to establish it is entitled to mandamus relief, and therefore the Court denies relator's petition for writ of mandamus. *See In re Allstate Indem. Co.*, 622 S.W.3d 870, 875 (Tex. 2021) (discussing mandamus standard that to be entitled to mandamus relief, relator "must show both that the trial court clearly abused its discretion, and that [relator] has no adequate remedy by appeal"); *see also* TEX. CIV. PRAC. & REM. CODE ANN. 51.014(a)(7) (permitting appeal from interlocutory trial court order that "grants or denies the special appearance of a defendant under Rule 120a, Texas Rules of Civil Procedure"). We dismiss any pending motions, including relator's Emergency Motion for Stay Pending Resolution of Petition for Writ of Mandamus as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Guiney, and Johnson.